1 | Mark L. Block (SBN 115457)
mblock@wargofrench.com
2 | Laurie H. Selkowitz (SBN 274619)
lselkowitz@wargofrench.com
3 | WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
4 | Los Angeles, CA 90067
Telephone:  (310) 853-6300
5 | Facsimile:(310) 853-6333

6 | Attorneys for Defendants
JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC;
7 | and U.S. Bank National Association as Trustee, successor in interest to Bank of
America, National Association successor by merger to LaSalle Bank NA as trustee
8 | for WaMu Mortgage Pass-Through Certificates Series 2006-AR11 Trust
9 | (*erroneously sued as* "Bank of America, National Association")

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBBEY B. BLUMBERG<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; CHASE HOME FINANCE LLC; and DOES 1-50, inclusive<br><br>Defendants. | Case No.  CV 12-00917 PSG<br>ORDER GRANTING AS MODIFIED<br>**JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Action Removed from State Court: February 23, 2012<br><br>Case Management Conference Currently Scheduled for: March 20, 2012<br><br><br>Hon. Paul Singh Grewal |

WHEREAS, on or about November 10, 2011, Plaintiff Libbey B. Blumberg ("Plaintiff") filed her Complaint in the Santa Cruz Superior Court, Case No. CV172583 (the "Superior Court Action");

WHEREAS, on or about January 24, 2012, Plaintiff served JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC ("Chase"), and U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR11 Trust (erroneously sued as "Bank of America, National Association") ("U.S. Bank") (collectively, "Defendants") with the Summons and Complaint in this action;

WHEREAS, on or about February 23, 2012, Defendants filed a Notice of Removal in the United States District Court for the Northern District of California to remove the Superior Court Action;

WHEREAS, Defendants filed a Motion to Dismiss on March 1, 2012;

WHEREAS, a hearing on Defendants' Motion to Dismiss is currently scheduled for April 24, 2012;

WHEREAS, the Case Management Conference is currently set for March 20, 2012;

WHEREAS, there is not currently a discovery cutoff date, final date to hear motions, pretrial conference date or trial date;

NOW THEREFORE Plaintiff Libbey B. Blumberg, on the one hand, and Defendants Chase and U.S. Bank, on the other hand, by and through their respective undersigned counsel of record, do stipulate and request the Court enter an order as follows:

1. Defendants have filed a Motion to Dismiss, scheduled for hearing on April 24, 2012.

2. The parties are discussing potential settlement options.

3. The parties are hopeful that this case can be resolved in its entirety by settlement or via Defendants' dispositive motion, without the need for a Case Management Conference.

1     4.    The parties request that this Court continue the Case Management Conference until May 20, 2012, or such later date as the Court permits.

    5.    Any case management statement shall be filed in accordance with the Federal Rules of Civil Procedure.

DATED: March 13, 2012           WARGO & FRENCH LLP

By:  */S/ LAURIE H. SELKOWITZ*
_____
MARK L. BLOCK
LAURIE H. SELKOWITZ

Attorneys for Defendants
JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC; and U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR11 Trust (*erroneously sued as* "Bank of America, National Association")

Dated: March 13, 2012           RUEHMANN LAW FIRM, P.C.

By:  */s/ Robin D. Shofner*
_____
STEPHEN C. RUEHMANN
ROBIN D. SHOFNER

Attorneys for Plaintiff
Libbey B. Blumberg

IT IS SO ORDERED.
Case management conference continued to 5/22/2012 at 2:00 p.m.

Dated: 3/14/2012           By: _____
Paul S. Grewal, U.S. Magistrate Judge

-3-

JOINT STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
683340v1