1  Stephen C. Ruehmann, Esq. (167533)
   Robin D. Shofner, Esq. (272552)
2  **RUEHMANN LAW FIRM, P.C.**
   9580 Oak Avenue Parkway, Suite 15
3  Folsom, California 95630
   Tel: (916) 988-8001
4  Fax: (916) 988-8002
5
   Attorneys for Plaintiff
6  LIBBEY B. BLUMBERG
7
8                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9
10
11 LIBBEY B. BLUMBERG,              ) Case No.: CV 12-00917 PSG
                                    ) ORDER GRANTING
12            Plaintiff,            )
                                    ) **REQUEST FOR TELEPHONIC**
13     v.                           ) **APPEARANCE RE: HEARING ON MOTION**
                                    ) **TO DISMISS PLAINTIFF'S FIRST**
14 BANK OF AMERICA, NATIONAL        ) **AMENDED COMPLAINT AND**
   ASSOCIATION; CHASE HOME          ) [~~PROPOSED~~] **ORDER**
15 FINANCE LLC; and DOES 1-50,      )
   inclusive,                       )
16                                  )
              Defendants.           ) Date:   May 22, 2012
17                                  ) Time:   10:00 a.m.
                                    ) Judge:  Hon. Paul Singh Grewal
18                                  )
19
20
21       COMES NOW Plaintiff LIBBEY B. BLUMBERG, by and through her attorneys of
22 record Ruehmann Law Firm, P.C., hereby requests to appear telephonically at Defendant JP
23 MORGAN CHASE BANK, N.A. and U.S. BANK, N.A.'S Motion to Dismiss Plaintiff's First
24 Amended Complaint hearing set for May 22, 2012 at 10:00 a.m., before Honorable Judge Paul
25 Grewal.
26       Ruehmann Law Firm, P.C.'s office is located in Folsom, California. Due to the time and
27 expense of travel it is therefore respectfully requested that the Court allow counsel to appear by
28 ///

telephone.

Dated: April 18, 2012

RUEHMANN LAW FIRM, P.C.

Stephen C. Ruehmann, Esq.
Counsel for Plaintiff, LIBBEY BLUMBERG

**IT IS SO ORDERED.**
Plaintiff's counsel is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

Dated: April 23, 2012

HON. PAUL SINGH GREWAL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFONIA

2
REQUEST FOR TELEPHONIC APPEARANCE RE: HEARING ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER