Stephen C. Ruehmann, Esq. (167533)
Robin D. Shofner, Esq. (272552)
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, California 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorneys for Plaintiff
LIBBEY B. BLUMBERG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBBEY B. BLUMBERG, | Case No.: CV 12-00917 PSG |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** |
| BANK OF AMERICA, NATIONAL ASSOCIATION; CHASE HOME FINANCE LLC; and DOES 1-50, inclusive, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that pursuant to FRCP 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: July 27, 2012                                   RUEHMANN LAW FIRM, P.C.


                                                      By: _/s/_ Stephen C. Ruehmann
                                                      Stephen C. Ruehmann. Esq.
                                                      Attorney for Plaintiff
                                                      LIBBEY B. BLUMBERG

1 | IT IS SO ORDERED.

3 | Dated: July 31, 2012

*[signature]*
HON. JUDGE PAUL SINGH GREWAL
UNITED STATES DISTRICT COURT