1  Stephen C. Ruehmann, Esq. (167533)
   Robin D. Shofner, Esq. (272552)
2  **RUEHMANN LAW FIRM, P.C.**
   9580 Oak Avenue Parkway, Suite 15
3  Folsom, California 95630
   Tel: (916) 988-8001
4  Fax: (916) 988-8002
5
   Attorneys for Plaintiff
6  LIBBEY B. BLUMBERG
7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | LIBBEY B. BLUMBERG,              ) Case No.: CV 12-00917 PSG
12 |                                  )
   |           Plaintiff,             )
13 | v.                               ) **REQUEST FOR DISMISSAL AND**
   |                                  ) **[~~PROPOSED~~] ORDER**
14 | BANK OF AMERICA, NATIONAL        )
   | ASSOCIATION; CHASE HOME          )
15 | FINANCE LLC; and DOES 1-50,      )
   | inclusive,                       )
16 |                                  )
17 |           Defendants.            )
18 |                                  )
   |_____)
19

20

21       **NOTICE IS HEREBY GIVEN** that pursuant to FRCP 41(a), Plaintiff voluntarily
22 dismisses the above-captioned action without prejudice.
23

24 Dated: July 27, 2012                    RUEHMANN LAW FIRM, P.C.
25

26                                         By: _/s/_ Stephen C. Ruehmann____
                                               Stephen C. Ruehmann. Esq.
27                                             Attorney for Plaintiff
                                               LIBBEY B. BLUMBERG
28

1 | **IT IS SO ORDERED.**

3 | Dated: July 31, 2012

*[signature]*
HON. JUDGE PAUL SINGH GREWAL
UNITED STATES DISTRICT COURT